KELLY ARMSTRONG, ESQ. (SBN 213036)
MATTHEW J. WAYNE, ESQ. (SBN 283897)
**THE ARMSTRONG LAW FIRM**
A Professional Corporation
302 Caledonia Street, Suite 4
Sausalito, California 94965
Telephone: (415) 331-4400
Facsimile: (415) 331-4407
Email: kelly@thearmstronglawfirm.com
Email: mwayne@thearmstronglawfirm.com

Attorneys for Plaintiff
JULIE DALY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DALY, | Case No.: 3:16-cv-05302-HSG |
| Plaintiff, | **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** |
| vs. | |
| ARTHUR J. GALLAGHER & CO.; ARTHUR J. GALLAGHER SERVICE COMPANY, LLC; GALLAGHER BENEFIT SERVICES, INC.; & DOES 1 through 10, inclusive, | Complaint filed: August 8, 2016<br>Trial date: |
| Defendants. | |

1   PLEASE TAKE NOTICE that, subject to approval by the Court pursuant to Local Rule 11-5, Plaintiff Julie Daly substitutes Matthew J. Wayne (SBN 283897) of The Armstrong Law Firm, APC as her counsel of record in place of Aaron Paul Minnis, Sean Desmond McHenry and Sonya L. Smallets of Minnis & Smallets LLP.

Contact information for Plaintiff's new counsel is as follows:

>    Matthew J. Wayne
>    The Armstrong Law Firm
>    302 Caledonia St., Suite 4
>    Sausalito, CA 94965
>    Telephone: (415) 331-4400
>    Facsimile: (415) 331-4407
>    Email: mwayne@thearmstronglawfirm.com

I consent to the above substitution.

Date:  11/4/16                          _____
                                        Plaintiff Julie Daly

I consent to being substituted.         Minnis & Smallets LLP

Date:  November 4, 2016                 /s/ Sonya L. Smallets
                                        Sonya L. Smallets

I consent to the above substitution.    THE ARMSTRONG LAW FIRM

Date:  November 4, 2016                 /s/ Matthew J. Wayne
                                        Matthew J. Wayne

The substitution of attorney is hereby approved and so ORDERED.


Date:   November 14, 2016               _____
                                        The Honorable Haywood S. Gilliam, Jr.

- 1 -

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: November 6, 2016                    */s/ Matthew J. Wayne*
                                            Matthew J. Wayne