UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE DALY,

    Plaintiff,

  v.

ARTHUR J. GALLAGHER & CO., et al.,

    Defendants.

Case No. 16-cv-05302-HSG

**SCHEDULING ORDER**

The Court held an initial case management conference on December 20, 2016. As discussed at the hearing, the Court hereby ENTERS the following case schedule:

| Event | Deadline |
|---|---|
| Deadline to Complete Mediation | March 10, 2017 |
| Fact Discovery Deadline | October 20, 2017 |
| Last Day to Hear Dispositive Motions | December 14, 2017 at 2:00pm |
| Initial Expert Reports | October 20, 2017 |
| Rebuttal Expert Reports | December 15, 2017 |
| Expert Discovery Deadline | January 12, 2018 |
| Final Pretrial Conference | February 6, 2018 at 3:00pm |
| Jury Trial | February 26, 2018 at 8:30am - 10 days |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 12/21/2016

                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge