KELLY ARMSTRONG, ESQ. (SBN 213036)
MATTHEW J. WAYNE, ESQ. (SBN 283897)
**THE ARMSTRONG LAW FIRM**
A Professional Corporation
302 Caledonia Street, Suite 4
Sausalito, California 94965
Telephone: (415) 331-4400
Facsimile: (415) 331-4407
Email: kelly@thearmstronglawfirm.com
Email: mwayne@thearmstronglawfirm.com

Attorneys for Plaintiff
JULIE DALY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DALY, | Case No.: 3:16-cv-05302-HSG |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION** |
| vs. | |
| ARTHUR J. GALLAGHER & CO.; ARTHUR J. GALLAGHER SERVICE COMPANY, LLC; GALLAGHER BENEFIT SERVICES, INC.; & DOES 1 through 10, inclusive, | |
| Defendants. | |

## [PROPOSED] ORDER

Having read the parties' stipulation, and finding good cause therefor, the Court hereby ORDERS that the Scheduling Order deadline to complete mediation is continued from March 10, 2017 to May 10, 2017. The parties are to file a joint status report five days after mediation occurs.

IT IS SO ORDERED.

1 | Dated: 2/28/2017

*[Signature: Haywood S. Gilliam, Jr.]*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

28894635.1

- 4 -
STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION