KELLY ARMSTRONG, ESQ. (SBN 213036)
MATTHEW J. WAYNE, ESQ. (SBN 283897)
**THE ARMSTRONG LAW FIRM**
A Professional Corporation
302 Caledonia Street, Suite 4
Sausalito, California 94965
Telephone: (415) 331-4400
Facsimile: (415) 331-4407
Email: kelly@thearmstronglawfirm.com
Email: mwayne@thearmstronglawfirm.com

Attorneys for Plaintiff
JULIE DALY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DALY,<br><br>  Plaintiff,<br>vs.<br><br>ARTHUR J. GALLAGHER & CO.;<br>ARTHUR J. GALLAGHER SERVICE<br>COMPANY, LLC; GALLAGHER BENEFIT<br>SERVICES, INC.; & DOES 1 through 10,<br>inclusive,<br><br>  Defendants. | Case No.: 4:16-cv-05302-HSG<br><br>[~~PROPOSED~~] ORDER EXTENDING FACT DISCOVERY AND EXPERT DISCLOSURE DEADLINE |

## [~~PROPOSED~~] ORDER

Having read the parties' stipulation, and finding good cause therefor, the Court hereby ORDERS that the Scheduling Order deadline to complete fact discovery and make initial expert disclosures is continued from October 20, 2017 to November 17, 2017.

IT IS SO ORDERED.

Dated: 10/20/2017

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge