KELLY ARMSTRONG, ESQ. (SBN 213036)
MATTHEW J. WAYNE, ESQ. (SBN 283897)
**THE ARMSTRONG LAW FIRM**
A Professional Corporation
302 Caledonia Street, Suite 4
Sausalito, California 94965
Telephone: (415) 331-4400
Facsimile: (415) 331-4407
Email: kelly@thearmstronglawfirm.com
Email: mwayne@thearmstronglawfirm.com

Attorneys for Plaintiff
JULIE DALY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DALY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARTHUR J. GALLAGHER & CO.; ARTHUR J. GALLAGHER SERVICE COMPANY, LLC; GALLAGHER BENEFIT SERVICES, INC.; & DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 4:16-cv-05302-HSG<br><br>**[PROPOSED] ORDER EXTENDING FACT DISCOVERY AND EXPERT DISCLOSURE DEADLINE** |

## [PROPOSED] ORDER

Having read the parties' stipulation, and finding good cause therefor, the Court hereby ORDERS that the Scheduling Order deadline for the completion of fact discovery and designation of experts is extended by forty-five (45) days from the date of this ORDER.

**IT IS SO ORDERED.**

Dated: __11/27/2017__

　　　　　　　　　　　　　　　　　　_Haywood S. Gilliam Jr._
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge