KELLY ARMSTRONG, ESQ. (SBN 213036)
MATTHEW J. WAYNE, ESQ. (SBN 283897)
**THE ARMSTRONG LAW FIRM**
A Professional Corporation
302 Caledonia Street, Suite 4
Sausalito, California 94965
Telephone: (415) 331-4400
Facsimile: (415) 331-4407
Email: kelly@thearmstronglawfirm.com
Email: mwayne@thearmstronglawfirm.com

Attorneys for Plaintiff
JULIE DALY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JULIE DALY, | Case No.: 4:16-cv-05302-HSG |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ ORDER EXTENDING FACT DISCOVERY AND EXPERT DISCLOSURE DEADLINE |
| vs. | |
| ARTHUR J. GALLAGHER & CO.; ARTHUR J. GALLAGHER SERVICE COMPANY, LLC; GALLAGHER BENEFIT SERVICES, INC.; & DOES 1 through 10, inclusive, | |
| Defendants. | |

## ~~[PROPOSED]~~ ORDER

Having read the parties' stipulation, and finding good cause therefor, the Court hereby ORDERS that the Scheduling Order deadline be amended as follows:

| Event | Deadline |
|---|---|
| Fact Discovery Deadline | February 23, 2018 |
| Initial Expert Reports | February 23, 2018 |
| Rebuttal Expert Reports | March 23, 2018 |
| Expert Discovery Deadline | April 20, 2018 |
| Final Pretrial Conference | May 15, 2018 at 3:00pm |
| Jury Trial | June 4, 2018 at 8:30am - 10 days |

**IT IS SO ORDERED.**

Dated: 12/21/2017



Judge Haywood S. Gilliam Jr.

DENIED