1 KELLY ARMSTRONG, ESQ. (SBN 213036)
2 MATTHEW J. WAYNE, ESQ. (SBN 283897)
**THE ARMSTRONG LAW FIRM**
3 A Professional Corporation
302 Caledonia Street, Suite 4
4 Sausalito, California 94965
Telephone: (415) 331-4400
5 Facsimile: (415) 331-4407
6 Email: kelly@thearmstronglawfirm.com
Email: mwayne@thearmstronglawfirm.com
7
8 Attorneys for Plaintiff
JULIE DALY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DALY, | Case No.: 4:16-cv-05302-HSG |
| Plaintiff, | **ORDER DISMISSING ENTIRE CASE WITH PREJUDICE PURSUANT TO STIPULATION OF PARTIES** |
| vs. | |
| ARTHUR J. GALLAGHER & CO.; ARTHUR J. GALLAGHER SERVICE COMPANY, LLC; GALLAGHER BENEFIT SERVICES, INC.; & DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court, having considered the Parties' Joint Stipulation to dismiss the present action, and with good cause appearing, hereby orders as follows:

Plaintiff's claims in this action are hereby dismissed with prejudice, each side to bear its own fees and costs.

IT IS SO ORDERED.

DATED: March 1, 2018 _____

*[signature: Haywood S. Gilliam Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Court Judge

ORDER DISMISSING ENTIRE CASE WITH PREJUDICE PURSUANT TO STIPULATION OF PARTIES